IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAMON JAIMES BRITO,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 2:07CR00398-001 |

## ORDER ON THE UNITED STATES SENTENCING GUIDELINES AMENDMENT § 782

The United States Sentencing Commission has decided to grant retroactive application of Amendment § 782 to the United States Sentencing Guidelines. U.S.S.G. § 2D1.1(c); U.S.S.G. § 1B1.10. This Amendment reduces by two levels the base offense assigned in the Drug Quantity Table, resulting in lower guideline ranges for most drug trafficking offenses. Only inmates whose sentence calculation used the Drug Quantity Table are eligible for the reduction under Amendment § 782.

Amendment § 782 will not reduce your sentence. The sentence you are currently serving has a base level of 38. As established by the quantity of drugs calculated at your sentencing, Amendment § 782 does not further reduce your base level of 38. 18 U.S.C. § 3582(c)(2); U.S.S.G. § 2D1.1(a); U.S.S.G. § 1B1.10(a)(2)(b). The Court **DENIES** the motion for reduction.

ORDERED this _13_ day of _Aug_ 2015.

HAYDEN HEAD
SENIOR U.S. DISTRICT JUDGE